DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIELLE CARTOLARO,**
Appellant,

v.

**CHRISTOPHER CARTOLARO,**
Appellee.

No. 4D18-424

[December 6, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert L. Pegg, Judge; L.T. Case No. 31-2017-DR-000578.

Danielle Cartolaro, Fellsmere, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***